DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In re: | Chapter 13 |
|---|---|
| CATHERINE ALYCE CHOW<br>3611 BUCHANAN ST.<br>SAN FRANCISCO, CA 94123 | Case No: 19-30496 HLB<br>Date:  November 20, 2019<br>Time:  11:10 AM<br>Ctrm:  450 GOLDEN GATE AVENUE<br>16th FLOOR - COURTROOM #19<br>SAN FRANCISCO, CA 94102- |
| Debtor(s) | |

**MOTION OF CHAPTER 13 TRUSTEE, DAVID BURCHARD,
TO DISMISS CASE PRIOR TO CONFIRMATION**

TO: THE ABOVE-NAMED DEBTOR(S) AND TO DEBTOR(S)' ATTORNEY OF RECORD HEREIN:

The Chapter 13 Trustee, DAVID BURCHARD, moves the Court for an order, dismissing this case for cause(s) for the reasons set forth below.

1. This Court has jurisdiction over this matter pursuant to Federal Rules of Bankruptcy Procedure 9013 and 9014, and Bankruptcy Local Rules 9013-1 and 9014-1. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A).

2. This Motion is based upon all documents and records on file, together with this Motion, Declaration and any such additional documents, records and evidence which may be presented.

3. Debtor(s) filed for bankruptcy under Chapter 13 on 05/02/2019.

4. This motion for dismissal is made for cause pursuant to:

11 U.S.C. § 1307(c)(1) as there is unreasonable delay that is prejudicial to creditors.
11 U.S.C. § 1307(c)(4) as Debtor(s) failed to make timely payments to the Trustee. As of the date of this motion, $16,400.00 is in default under the Chapter 13 Plan.

5. The cause to dismiss this case exists as it is in the best interests of creditors and the bankruptcy estate. The Trustee therefore requests the Court enter an order dismissing this case.

If you wish to oppose dismissal of this Chapter 13 case, you or your attorney must file a timely opposition to this motion no later than fourteen (14) days before the hearing set forth in the accompanying Notice of Motion. You or your attorney must also appear at the hearing date listed in the notice and present argument in opposition to this motion.

DATED:   October 11, 2019                         DAVID BURCHARD_____
                                                  DAVID BURCHARD, Chapter 13 Trustee

Case: 19-30496   Doc# 48   Filed: 10/11/19   Entered: 10/11/19 11:57:52   Page 1 of 4

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

CATHERINE ALYCE CHOW
3611 BUCHANAN ST.
SAN FRANCISCO, CA 94123

Debtor(s)

Chapter 13
Case No:  19-30496 HLB
Date:       November 20, 2019
Time:       11:10 AM
Ctrm:       450 GOLDEN GATE AVENUE
                16th FLOOR - COURTROOM #19
                SAN FRANCISCO, CA 94102-

## DECLARATION IN SUPPORT OF CHAPTER 13 TRUSTEE, DAVID BURCHARD'S, MOTION TO DISMISS CASE PRIOR TO CONFIRMATION

I am the custodian and/or keeper of the business records referenced herein and, as such, I am qualified to certify the authenticity thereof.  Additionally, I have personal knowledge of the matters stated in the Declaration.  If called upon as a witness, I could and would competently testify to the facts contained herein.

After reviewing the books, records and files of the above-referenced Debtor(s), I make the following Declarations:

1. Debtor(s) filed the instant bankruptcy petition on 05/02/2019.  There is unreasonable delay towards plan confirmation that is prejudicial to creditors.

2. As of the date hereof, the following fact(s) exists as cause for dismissal:

|   |   |
|---|---|
| __X__ | Failure to make required payments to the Trustee. $16,400.00 is in default under Ch. 13 Plan. |
| _____ | Failure to attend Section 341 Meeting of Creditors scheduled on |
| __X__ | Failure to respond to Trustee's requests – see attachment "A". |

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on October 11, 2019 in Foster City, California.

Dated:  October 11, 2019

DAVID BURCHARD
DAVID BURCHARD, Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 1065 E. Hillsdale Blvd., Suite #200, Foster City, CA. On the date set forth below, I served a true and correct copy of the **Motion of Chapter 13 Trustee, David Burchard, to Dismiss Case Prior to Confirmation, the Declaration in Support of Chapter 13 Trustee, David Burchard's Motion to Dismiss Case Prior to Confirmation** and this **Certificate of Service**, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    CATHERINE ALYCE CHOW
    3611 BUCHANAN ST.
    SAN FRANCISCO, CA 94123

The following recipients have been served via Court's Notice of Electronic Filing:

    E VINCENT WOOD
    calendar@woodbk.com

Dated:    October 11, 2019        TINA MITCHELL
                                            TINA MITCHELL

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500 FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
    CATHERINE ALYCE CHOW
    3611 BUCHANAN ST.
    SAN FRANCISCO, CA 94123

Case No.: 19-30496 HLB
Chapter 13

**ATTACHMENT "A"**

Debtor(s)

The Trustee made the following requests <u>at least 30 days</u> prior to the filing date of the instant motion:

1. Trustee is in receipt of an objection to confirmation of plan by creditor, Tri Counties Bank, filed on June 25, 2019. Trustee requested that said objection to confirmation of plan be resolved prior to confirmation. The debtor has failed to resolve said objection.

2. At the 341 Meeting of Creditors, the Trustee requested the following documentation: amended Schedule A/B to include the value of debtor's business. The debtor has failed to provide the requested documentation.

3. At the 341 Meeting of Creditors, the Trustee requested the following documentation: amended Schedule A/B to include claim against Uber. The debtor has failed to provide the requested documentation.

4. Schedule A/B reflects the value of the real property located at 3615 Buchannan #103, San Francisco, CA as $1,800,000.00. Trustee requested an explanation of how this value was arrived. The debtor has failed to provide the requested documentation.

5. Schedule I reflects assistance in the amount of $6,628.00 as a source of income. Trustee requested a declaration from the source of this income stating their intention to continue with said support throughout the lifetime of the plan. The debtor has failed to file the requested declaration.

6. The debtor has incorrectly listed claim of Pensco Trust Company in Section 3.07 of the plan. Trustee requests an amended plan that correctly lists the claim in the appropriate section. The debtor has failed to file an amended plan.